# THE BERNSTEIN LAW FIRM

*Attorneys and Counselors at Law*
3050 Biscayne Boulevard, Suite 403
Miami, Florida 33137
Tel. (305) 672-9544/ (718)475-5603 Fax. (305) 672-4572
e-mail: michael@bernstein-lawfirm.com

November 9, 2016

**Via ECF**
Hon. William H. Pauley III
Southern District of New York
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    ***McGraw-Hill Global Education Holdings, LLC, et al. v Does 1-10***
              **Case No.: 16-cv-8530**

Your Honor:

      As of today, our Firm has been retained to represent "Doe Defendant," David Levy Dachoh ("Dachoh") in the above referenced action. On November 2, 2016 Dachoh was served via email with the Complaint [D.E. 1] and entered Order to Show Cause, Temporary Restraining Order, Order Authorizing Alternative Service, and Expedited Discovery Order [D.E. 4] requiring Dachoh and the other Does in this action to show cause before Your Honor tomorrow, November 10, 2016 at 3:00 p.m. for why a preliminary injunction should not be entered against them ("OSC").

      In light of being recently retained and my unavailability to be in New York tomorrow, I respectfully request to appear telephonically at tomorrow's OSC.

      Should Your Honor endorse this letter, please be advised that the Court may reach me to appear at tomorrow's OSC at the following telephone number: (305) 672-9544.

      Respectfully submitted,

      THE BERNSTEIN LAW FIRM

      /s/ *Michael I. Bernstein*
      Michael I. Bernstein, Esq., *for the firm*

cc:    Kerry Malloy Mustico, Esq.