CANDORE DECLARATION

---

# EXHIBIT 1



Try Prime All

Departments Browsing History Jimmy's Amazon.com Today's Deals Hello, Jimmy Account & Lists Orders Try Prime 0 Cart

## Thank you, your order has been placed.

An email confirmation has been sent to you. Sign up for delivery updates by text for this and future orders.

**Order Number: 106-1948361-5288216**
- Economics: Private and Public Choice will be shipped to Jimmy Austin by Books Mela.
  **Estimated delivery: Jan. 17, 2017 - Feb. 7, 2017**

**Order Number: 106-2028450-5831402**
- Economics: Private and Public Choice will be shipped to Jimmy Austin by -Daily Deals-.
  **Estimated delivery: Dec. 21, 2016 - Jan. 11, 2017**

**Order Number: 106-2470430-3296213**
- Economics: Private and Public Choice will be shipped to Jimmy Austin by treeoflife_books.
  **Estimated delivery: Dec. 21, 2016 - Jan. 11, 2017**

**Order Number: 106-3278139-1844212**
- Economics: Private and Public Choice will be shipped to Jimmy Austin by FIT TRADING.
  **Estimated delivery: Dec. 21, 2016 - Jan. 11, 2017**

**Order Number: 106-4153932-6048243**
- Economics: Private and Public Choice will be shipped to Jimmy Austin by LowPriceTextbooks.
  **Estimated delivery: Dec. 21, 2016 - Jan. 11, 2017**

**Order Number: 106-4476568-0485810**
- Economics: Private and Public Choice will be shipped to Jimmy Austin by Any Book.
  **Estimated delivery: Dec. 21, 2016 - Jan. 11, 2017**

**Order Number: 106-5057338-3762636**
- Economics: Private and Public Choice will be shipped to Jimmy Austin by Volcano Books.
  **Estimated delivery: Dec. 21, 2016 - Jan. 11, 2017**

**Order Number: 106-6329098-7601864**
- Economics: Private and Public Choice will be shipped to Jimmy Austin by happy_textbooks.
  **Estimated delivery: Dec. 21, 2016 - Jan. 11, 2017**

**Order Number: 106-9033547-1651435**
- Economics: Private and Public Choice will be shipped to Jimmy Austin by AdimonBooks.
  **Estimated delivery: Jan. 18, 2017 - Feb. 8, 2017**

Review or edit your recent orders

Facebook Twitter E-mail

**I just bought: 'Economics: Private and Public Choice' by James D. Gwartney e...**
ECONOMICS: PRIVATE AND PUBLIC CHOICE, Fifteenth Edition, reflects current economic conditions, enabling you to apply economic concepts to t...

Your sharing settings Share this item

### Recommendations Based on Your Order

Page 1 of 4

Combo: Loose Leaf Management with…
Angelo Kinicki
2
Loose Leaf
$248.39

New Ideas from Dead CEOs: Lasting Lessons…
› Todd G. Buchholz
17
Hardcover
$26.95

The Economic Naturalist: In Search of…
› Robert H. Frank
50
Paperback
$11.59

ALWAYS BE READY
*Anytime* Gift Cards
› Shop now

### Related to items you've viewed

Page 1 of 4

## Final Details for Order #106-9033547-1651435
Print this page for your records.

**Order Placed:** December 14, 2016
**Amazon.com order number:** 106-9033547-1651435
**Order Total:** $86.20

### Shipped on December 15, 2016

| **Items Ordered** | **Price** |
|---|---|
| 1 of: *Economics: Private and Public Choice*, Gwartney, James D. Sold by: Tom & Jerry BookStore (seller profile) | $82.21 |

Condition: New
Brand New. Quick Shipping. A++ Customer Service!

**Shipping Address:**
Jimmy Austin
4980 WYACONDA RD STE E
ROCKVILLE, MD 20852-2468
United States

**Shipping Speed:**
Standard Shipping

Item(s) Subtotal: $82.21
Shipping & Handling: $3.99
-----
Total before tax: $86.20
Sales Tax: $0.00
-----
**Total for This Shipment:** $86.20
-----

### Payment information

**Payment Method:**
Visa | Last digits: 6200

**Billing address**
Mike Candore
5225 Wisconsin Ave
Suite 503
Washington, DC, District of Columbia 20015
United States

Item(s) Subtotal: $82.21
Shipping & Handling: $3.99
-----
Total before tax: $86.20
Estimated tax to be collected: $0.00
-----
**Grand Total:** $86.20

**Credit Card transactions**    Visa ending in 6200: December 15, 2016: $86.20

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2017, Amazon.com, Inc. or its affiliates