CANDORE DECLARATION
―――――

# EXHIBIT 2

# Search results

| Computer Organization and Design | Search Orders |

12 orders matching "**Computer Organization and Design**"



**Order details**    Ordered on December 20, 2016 (1 item)

**Computer Organization** and **Design**, Fifth Edition: The Hardware/Software Interface (The Morgan Kaufmann Series in **Computer** Architecture and **Design**) The Morgan Kaufmann Series in **Computer** Architecture and **Design**
Patterson, David A., Hennessy, John L., Brand: Morgan Kaufmann
Sold by: Genuine Book Store



**Order details**    Ordered on December 20, 2016 (1 item)

**Computer Organization** and **Design**, Fifth Edition: The Hardware/Software Interface (The Morgan Kaufmann Series in **Computer** Architecture and **Design**) The Morgan Kaufmann Series in **Computer** Architecture and **Design**
Patterson, David A., Hennessy, John L., Brand: Morgan Kaufmann
Sold by: UNIQUE USA STOCK

← Previous    1    2    Next →

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
| | Become an Amazon Vendor | | Help |
| | › See all | | |

English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business |
| AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants | Amazon Video Direct<br>Video Distribution<br>Made Easy |
| Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | AudiobookStand<br>Discount Audiobooks<br>on Disc | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy |
| DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India |
| Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items | Prime Photos<br>Unlimited Photo Storage<br>Free With Prime | Shopbop<br>Designer<br>Fashion Brands | TenMarks.com<br>Math Activities<br>for Kids & Schools | Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content |
| Whole Foods Market<br>America's Healthiest<br>Grocery Store | Withoutabox<br>Submit to<br>Film Festivals | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Souq.com<br>Shop Online in<br>the Middle East | Subscribe with Amazon<br>Discover & try<br>subscription services | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2017, Amazon.com, Inc. or its affiliates



# Final Details for Order #116-0117196-7654612
**Print this page for your records.**

**Order Placed:** December 20, 2016
**Amazon.com order number:** 116-0117196-7654612
**Order Total: $39.54**

## Shipped on December 20, 2016

| Items Ordered | Price |
|---|---|
| 1 of: *Computer Organization and Design, Fifth Edition: The Hardware/Software Interface (The Morgan Kaufmann Series in Computer Architecture and Design)*, Patterson, David A.<br>Sold by: UNIQUE USA STOCK (seller profile)<br><br>Condition: Used - Like New | $35.55 |

**Shipping Address:**
Mike Candore
4980 WYACONDA RD
Suite E
Rockville, MD 20852
United States

**Shipping Speed:**
Standard Shipping

Item(s) Subtotal: $35.55
Shipping & Handling: $3.99
-----
Total before tax: $39.54
Sales Tax: $0.00
-----
**Total for This Shipment: $39.54**
-----

## Payment information

**Payment Method:**
Visa | Last digits: 4568

**Billing address**
Michael Candore
1901 S CHARLES ST APT 447
BALTIMORE, MD 21230-4883
United States

**Credit Card transactions**

Item(s) Subtotal: $35.55
Shipping & Handling: $3.99
-----
Total before tax: $39.54
Estimated tax to be collected: $0.00
-----
**Grand Total: $39.54**

Visa ending in 4568: December 20, 2016: $39.54

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2017, Amazon.com, Inc. or its affiliates



# Final Details for Order #116-4983722-2490630
Print this page for your records.

**Order Placed:** December 20, 2016
**Amazon.com order number:** 116-4983722-2490630
**Order Total: $42.75**

## Shipped on December 22, 2016

| Items Ordered | Price |
|---|---|
| 1 of: *Computer Organization and Design, Fifth Edition: The Hardware/Software Interface (The Morgan Kaufmann Series in Computer Architecture and Design)*, Patterson, David A. <br> Sold by: Genuine Items Store... (seller profile) <br><br> Condition: New <br> Brand New & All Shipping with Trackings ! | $38.76 |

**Shipping Address:**
Mike Candore
4980 WYACONDA RD
Suite E
Rockville, MD 20852
United States

**Shipping Speed:**
Standard Shipping

Item(s) Subtotal: $38.76
Shipping & Handling: $3.99
-----
Total before tax: $42.75
Sales Tax: $0.00
-----
**Total for This Shipment: $42.75**
-----

## Payment information

**Payment Method:**
Visa | Last digits: 4568

**Billing address**
Michael Candore
1901 S CHARLES ST APT 447
BALTIMORE, MD 21230-4883
United States

**Credit Card transactions**

Item(s) Subtotal: $38.76
Shipping & Handling: $3.99
-----
Total before tax: $42.75
Estimated tax to be collected: $0.00
-----
**Grand Total: $42.75**

Visa ending in 4568: December 22, 2016: $42.75

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2017, Amazon.com, Inc. or its affiliates