CANDORE DECLARATION

———

# EXHIBIT 3



# Sorry we missed you.

**WE TRIED TO**
- [x] DELIVER
- [ ] PICK-UP

**TO/FROM THIS PERSON:** Mohit

**ON THIS DATE & TIME:** 3 / 22   10:39
- [x] A.M.
- [ ] P.M.

**WE LEFT YOUR PACKAGE HERE:**

**WILL TRY AGAIN ON:** Mo ☐ Tu ☐ We ☐ Th ☐ Fr ☐

[x] **FINAL DELIVERY ATTEMPT** to reschedule, please visit www.dhl-usa.com/OnDemand

**YOUR DHL WAYBILL NUMBER(S):** 2759570833

## SIGNATURE IS REQUIRED FOR DELIVERY
IF UNABLE TO SIGN UPON NEXT DELIVERY ATTEMPT, CHOOSE FROM BELOW:

**1** Visit www.dhl-usa.com/OnDemand to pick-up, schedule or redirect your shipment to an alternate address

**2** Sign for DHL to leave this package
By signing, I authorize DHL to leave my package(s)* without a signature. I agree DHL will not be held liable for any loss or damage that results from leaving the package(s) at my request.
X _Dupal_
SIGN
PRINT NAME: Deepali Chanana

**3** Sign for DHL to also leave future packages
By signing, I authorize DHL to leave all future package(s)* without a signature. I agree DHL will not be held liable for any loss or damage that results from leaving the package(s) at my request.
X _Dupal_
SIGN
PRINT NAME: Deepali Chanana   DATE: 3/23/17
EMAIL:
*Terms and conditions apply

ROUTE#:

Contact DHL Express at www.dhl-usa.com or call us at 1-888-273-8876   PT04859

