CANDORE DECLARATION

---

# EXHIBIT 4

# Data Mining: Concepts and Techniques, Third Edition (The Morgan Kaufmann Series in Data Management Systems)

by HAN

Condition: Brand new Perfect Condition. , no marking never used book. Ship same day or next working day, satisfaction garnteed. /Brand New

Brand new Perfect Condition. , no marking never used book. Ship same day or next working day, satisfaction garnteed.

- Bookseller: Books HQ  (IN)
- Bookseller Inventory #: biblio298
- Title: Data Mining: Concepts and Techniques, Third Edition (The Morgan Kaufmann Series in Data Management Systems)
- Author: HAN
- Format/binding:Softcover
- Book condition: Brand new Perfect Condition. , no marking never used book. Ship same day or next working day, satisfaction garnteed.
- Jacket condition: Brand New
- Quantity available: 26
- Binding: Paperback
- ISBN 10:0123814790
- ISBN 13:9780123814791

## $9.15

*26 copies are available from this seller.*

$21.00 shipping to USA
More shipping options >

▶ ADD TO CART

Add to wishlist

36 other copies available from $7.00:
Used copies (8)   New copies (28)

### Books HQ

Seller rating: ★★
❓ Ask the seller a question

Biblio.com member since: 2014
Delhi




30 Day Return Guarantee

🌐 Calculate Shipping
✉ E-mail this to a friend



*Note: Cover may not represent actual copy or condition available*

### Glossary

*Some terminology that may be used in this description includes:*

**New**
A new book is a book previously not circulated to a buyer. Although a new book is typically free of any faults or defects, "new...
[more]