CANDORE DECLARATION

# EXHIBIT 5

Try Prime

All ▾

Departments ▾    Amazon@CollegePark    Browsing History ▾      EN ▾   Hello, Byron Account & Lists ▾   Orders   Try Prime ▾    0 Cart

### Thank you, your order has been placed.

An email confirmation has been sent to you.

**New!** Get shipment notifications on your mobile device with the free Amazon app.

**Order Number: 111-3806393-1889858**

- Substance Abuse Counseling: T… will be shipped to Byron Nowak by TimBooks2017.
  **Estimated delivery:** Aug. 3, 2017 - Aug. 23, 2017

**Order Number: 111-6759703-4387425**

- Society: The Basics (13th Edition) will be shipped to Byron Nowak by Amazo…
  **Estimated delivery:** July 13, 2017
- 2 items will be shipped to Byron Nowak by Amazon.com.
  **Estimated delivery:** July 13, 2017
- Macroeconomics: Principles, Ap… will be shipped to Byron Nowak by Amazon.com.
  **Estimated delivery:** July 13, 2017

Review or edit your recent orders



Want updates on this order?
Get Amazon Assistant. Learn More

Install now for Google Chrome

By installing Amazon Assistant you agree to the Conditions of Use.

## Recommendations Based on Your Order    Page 1 of 5

 

**Mastering the National Counselor Exam and the…**
› Bradley T. Erford
60
Paperback
**$55.00**

**Family Therapy: Concepts and Methods (11th…**
Michael P. Nichols
12
Hardcover
**$129.83**

### Related to items you've viewed

  

**Abnormal Psychology, 8Th Edn**
Thomas F Oltmanns…
115
Paperback
40 offers from **$11.99**

**Abnormal Psychology (8th Edition)**
› Thomas F. Oltmanns
115
Hardcover
**$156.29**

**Case Studies in Abnormal Psychology**
Thomas F. Oltmanns
33
Paperback
**$72.83**



Ad feedback

  

## Review your order

**Shipping address** Change
Byron Nowak
4980 WYACONDA RD STE E
ROCKVILLE, MD 20852-2468
United States
Phone: 2026219027

Ship to multiple addresses

**Payment method** Change
VISA ending in 6218

**Billing address** Change
Same as shipping address

**Gift cards & promotional codes**

Enter Code    Apply

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items (5): | $372.69 |
| Shipping & handling: | $11.94 |
| Total before tax: | $384.63 |
| Estimated tax to be collected:* | $0.00 |

**Order total:**    **$384.63**

Byron Nowak, start a 6-month trial of Prime Student to get
**FREE Two-Day Shipping** on eligible items in this order

**Start your trial**

How are shipping costs calculated?

**Items shipped from Amazon.com**
**Estimated delivery:  July 13, 2017**



**The Social Work Experience: An Introduction to Social Work and Social Welfare (6th Edition) (Connecting Core Competencies)**
by Mary Ann Suppes
**$41.22**
Only 1 left in stock.
Condition: Used - Acceptable
**Quantity:** 1 Change
Sold by: AffordablePrice

Add a gift receipt
and see other gift options

**Choose a delivery option:**

○ **Sunday, July 9**
  FREE Two-Day Shipping with a trial of prime student

○ **5-8 business days**
  FREE Shipping

● **4-5 business days**
  $7.95 - Standard Shipping

○ **Sunday, July 9**
  $18.95 - Two-Day Shipping

**Choose a shipping preference:**

● Group my items into as few shipments as possible

○ I want my items faster. Ship items as they become available.
  (at additional cost)



**Society: The Basics (13th Edition)**
by John J. Macionis
**$39.49**
Only 3 left in stock.
Condition: Used - Acceptable
**Quantity:** 1 Change
Sold by: XpressBook

Add a gift receipt
and see other gift options



**Exploring Research (8th Edition)**
by Neil J. Salkind
**$107.04**
Only 1 left in stock.
Condition: Used - Acceptable
**Quantity:** 1 Change
Sold by: AffordablePrice

Add a gift receipt
and see other gift options



**Macroeconomics: Principles, Applications, and Tools (9th Edition)**
by Arthur O'Sullivan
**$84.95**
Only 1 left in stock.
Condition: Used - Very Good
**Quantity:** 1 Change
Sold by: Apple River Books

Add a gift receipt
and see other gift options



**Get a $50 Amazon.com Gift Card instantly**

upon approval for the Amazon Rewards Visa Card.    Apply now

Items shipped from TimBooks2017

**Estimated delivery: Aug. 3, 2017 - Aug. 23, 2017**

**Substance Abuse Counseling: Theory and Practice (5th Edition) (Merrill Counseling)**
by Patricia Stevens
**$99.99**
Condition: Used - Good
**Quantity:** 1 Change
Sold by: TimBooks2017

🎁 Gift options not available.

Choose a delivery option:
◉ **Aug. 3-23**
$3.99 - Standard Shipping

Place your order

*Why has sales tax been applied?   See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Oklahoma, South Dakota and Vermont Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2017, Amazon.com, Inc.