CANDORE DECLARATION

---

# EXHIBIT 6

Approved OMB NO. 1651-0064
Exp. 05-31-2016

See back of form for Paperwork Reduction Act Notice.

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Customs and Border Protection**

**IMPORTER ID INPUT RECORD**
19 CFR 24.5

1. TYPE OF ACTION (Mark all applicable)
[X] Notification of importer's number
[ ] Change of name*
[ ] Change of address*
[ ] Check here if you also want your address updated in the Fines, Penalties, and Forfeitures Office

*NOTE--If a continuous bond is on file, a rider must accompany this change document.

2. IMPORTER NUMBER (Fill in one format):--

2A. I.R.S. Number
(X) 47-1569997

2B. Social Security Number
N/A

2C. [ ] Check here if requesting a CBP-assigned number and indicate reason(s). (Check all that apply.)
[ ] I have no IRS No.
[ ] I have no Social Security No.
[ ] I have not applied for either number.
[ ] I am not a U.S. resident

2D. CBP-Assigned Number

3. Importer Name
(X) 1BESTBARGAINS LLC

4. DIV/AKA/DBA
(X) [ ] DIV [ ] AKA [ ] DBA

5. DIV/AKA/DBA Name

→ Only if leagally a DIV/AKA/DBA

(X) 6. Type
[X] LLC
[ ] Corporation [ ] Partnership [ ] Sole Proprietorship [ ] Individual [ ] U.S. Government [ ] State/Local Governments [ ] Foreign Governments

7. Importer Mailing Address (2 32-character lines maximum)
(X) 17031 FEATHER FALL LN

8. City
HOUSTON

9. State Code
TX

10. ZIP
77095

11. Country ISO Code (Non-U.S. Only)

12. Importer Physical Location Address (2 32-character lines maximum, see instructions)
(X) 7058 LAKEVIEW HAVEN DR. #110

13. City
HOUSTON

14. State Code
TX

15. ZIP
77095

16. Country ISO Code (Non-U.S. Only)

17a. Has importer ever been assigned a CBP importer Number using the same name as in Block 3?
(X) [X] No [ ] Yes (List number(s) and/or name(s) in Block 17c.)

17b. Has importer ever been assigned a CBP Importer Number using a name different from that in Block 3?
[X] No [ ] Yes (List number(s) and/or name(s) in Block 17c.)

17c. If "Yes" to 17a and/or 17b, list number(s) and/or name(s)

I CERTIFY: That the information presented herein is correct; that if my Social Security Number is used it is because I have no IRS Employer Number, that if my CBP assigned number is used it is because I have neither a Social Security Number nor an IRS Employer Number, that if none of these numbers is used, it is because I have none, and my signature constitutes a request for assignment of a number by CBP.

18. Printed or Typed Name and Title
(X) DEEPALI CHANANA (MD)

19. Telephone No. Including Area Code
(X) 832-605-4215

20. Signature
(X) Dupal

21. Date
(X) 8/15/16

22. Broker Use Only

Previous Editions are Obsolete

CBP Form 5106 (05/13)

Corporations Section  
P.O.Box 13697  
Austin, Texas 78711-3697



Roger Williams  
Secretary of State

# Office of the Secretary of State

## CERTIFICATE OF ORGANIZATION
## OF

### IBESTBARGAINS, LLC
Filing Number: 800469413

The undersigned, as Secretary of State of Texas, hereby certifies that Articles of Organization for the above named company have been received in this office and have been found to conform to law.

ACCORDINGLY, the undersigned, as Secretary of State, and by virtue of the authority vested in the Secretary by law, hereby issues this Certificate of Organization.

Issuance of this Certificate of Organization does not authorize the use of a name in this state in violation of the rights of another under the federal Trademark Act of 1946, the Texas trademark law, the Assumed Business or Professional Name Act, or the common law.

Dated: 03/22/2005

Effective: 03/22/2005



Roger Williams  
Secretary of State

Phone: (512) 463-5555  
Prepared by: Dee Harris  
Come visit us on the internet at http://www.sos.state.tx.us/  
Fax: (512) 463-5709  
TTY: 7-1-1  
Document: 85807530007