CANDORE DECLARATION

# EXHIBIT 7

## Order Summary

Print this page

**Shipping Address** Edit

Dennis Griffin
4980E Wyaconda Road
Ste E
Rockville
MD 20852
U.S.A.

**Payment Info & Billing Address** Edit

Credit Card Number: XXXX-XXXX-XXXX-8538
Card Description: Business Card
Expiration Date: 12 / 18

Greg Packer
5525 Wisconsin Ave NW
Ste 503
Washington
DC 20015
U.S.A.

**Order Total:** US$ 60.84 Place Order Now

| Item Summary | Price | Quantity |
|---|---|---|
| **Bookseller** Textbooksonweb (New Delhi, , India) Terms of Sale | | |
| **Macroeconomics: Principles, Problems, & Policies**<br>McConnell, Campbell; Brue, Stanley; Flynn, Sean | US$ 57.47 | 1 |

Standard 5 - 12 Bus. Days ▼ Shipping: US$ 3.37
**Subtotal: US$ 60.84**
[Convert Currency]

**Order Total:** US$ 60.84 Place Order Now

By using the Web site, you confirm that you have read, understood, and agreed to be bound by the Terms and Conditions.

© 1996 - 2017 AbeBooks Inc. All Rights Reserved. AbeBooks, the AbeBooks logo, AbeBooks.com, "Passion for books." and "Passion for books. Books for your passion." are registered trademarks with the Registered US Patent & Trademark Office.



