CANDORE DECLARATION

———

# EXHIBIT 8



Sign Off | My Account | Basket | Help

Advanced Search | Browse Collections | Rare Books | Textbooks | Booksellers | Sell Books | Community

Search | By Keyword | Find | › Advanced Search

## Order Summary

Print this page

**Shipping Address** Edit

House
4980 Wyaconda Road
Suite E
Rockville
MD 20852
U.S.A.

**Payment Info & Billing Address** Edit

Credit Card Number: XXXX-XXXX-XXXX-1035
Card Description: Claytron Card
Expiration Date: 09 / 21

Clayton Peters
5225 Wisconsin Ave Nw
STE 503
Washington
DC 20015
U.S.A.

**Order Total:** US$ 583.19 | Place Order Now

| Item Summary | Price | Quantity |
|---|---|---|
| **Bookseller** Textbooksonweb (New Delhi, , India) Terms of Sale<br>Psychology (paperback) (4th Edition)<br>Ciccarelli, Saundra K.; White, J. Noland | US$ 55.91 | 1 |
| Standard 5 - 12 Bus. Days ▼ Shipping: US$ 3.37<br>**Subtotal: US$ 59.28**<br>[Convert Currency] | | |
| **Bookseller** Castle Rock (Pittsford, NY, U.S.A.) Terms of Sale<br>Psychology (paperback)<br>Saundra K. Ciccarelli and J. Noland White | US$ 120.42 | 1 |
| Standard 5 - 14 Bus. Days ▼ Shipping: US$ 3.99<br>**Subtotal: US$ 124.41**<br>[Convert Currency] | | |
| **Bookseller** Media Nest (Glenview, IL, U.S.A.) Terms of Sale<br>Procedures in the Justice System (11th Edition)<br>Roberson, Cliff; Wallace, Harvey | US$ 82.88 | 1 |
| Standard 5 - 14 Bus. Days ▼ Shipping: US$ 3.99<br>**Subtotal: US$ 86.87**<br>[Convert Currency] | | |
| **Bookseller** textbook_rebellion (Troy, MI, U.S.A.) Terms of Sale<br>Procedures in the Justice System (11th Edition)<br>Roberson, Cliff; Wallace, Harvey | US$ 87.31 | 1 |
| Standard 5 - 14 Bus. Days ▼ Shipping: US$ 4.99<br>**Subtotal: US$ 92.30**<br>[Convert Currency] | | |
| **Bookseller** Murray Media (North Miami Beach, FL, U.S.A.) Terms of Sale<br>Procedures in the Justice System (11th Edition)<br>Roberson, Cliff, Wallace, Harvey | US$ 117.81 | 1 |
| Standard 4 - 28 Bus. Days ▼ Shipping: US$ 2.99<br>**Subtotal: US$ 120.80**<br>[Convert Currency] | | |
| **Bookseller** READERS PRIDE (PLANO, TX, U.S.A.) Terms of Sale<br>Procedures in the Justice System (11th Edition) | US$ 95.58 | 1 |
| Standard 5 - 14 Bus. Days ▼ Shipping: US$ 3.95<br>**Subtotal: US$ 99.53**<br>[Convert Currency] | | |

Order Total: **US$ 583.19** 



| Shop With Us | Sell With Us | About Us | Find Help | Follow AbeBooks |
|---|---|---|---|---|
| Advanced Search | Sell Books | About AbeBooks | Help Guide | Facebook |
| Browse Collections | Join Our Affiliate Program | Media | Contact Us | Twitter |
| Classic Browse | Textbook Buyback | Careers | | Instagram |
| How AbeBooks Works | | Privacy & Security | | YouTube |
| My Account | | Designated Agent | | Blog |
| My Orders | | | | |
| View Basket | | | | |

AbeBooks.co.uk    AbeBooks.de    AbeBooks.fr    AbeBooks.it    AbeBooks Aus/NZ    AbeBooks.ca    IberLibro.com    ZVAB.com

BookFinder.com                    FillZ.com
Find any book at the best price    Inventory, Repricing and Order Management

By using the Web site, you confirm that you have read, understood, and agreed to be bound by the Terms and Conditions.

© 1996 - 2017 AbeBooks Inc. All Rights Reserved. AbeBooks, the AbeBooks logo, AbeBooks.com, "Passion for books." and "Passion for books. Books for your passion." are registered trademarks with the Registered US Patent & Trademark Office.