CANDORE DECLARATION

# EXHIBIT 9

Book Returns
11210 Steeplecrest Dr #206
houston TX 77065

GRD | 44 | US Postage PAID
Global Mail
eVS
r20 | ORD 6 - 7
60569

PRSRT BOUND PRINTED MATTER

C001

MILLIES BOOKS #11328041
2805 Duke Pkwy
Aurora IL 60569-4587

USPS TRACKING # eVS

9341 9699 0350 1347 3425 01



# THEORY AND PRACTICE OF COUNSELING AND PSYCHOTHERAPY

*Tenth Edition*

**GERALD COREY**

CENGAGE Learning
CERTIFIED OFFICIAL PRODUCT

# CENGAGE Learning

**Theory and Practice of Counseling and Psychotherapy, Tenth Edition**
Gerald Corey

Product Director: Jon David Hague
Product Manager: Julie Martinez
Content Developer: Kyra Kane
Product Assistant: Stephen Lagos
Marketing Manager: Margaux Cameron
Content Project Manager: Rita Jaramillo
Art Director: Vernon Boes
Manufacturing Planner: Judy Inouye
Production Service: Cenveo® Publisher Services
Text and Cover Designer: Cheryl Carrington
Cover Image: ©Purestock/Getty Images
Compositor: Cenveo® Publisher Services

© 2017, 2013, Cengage Learning

WCN: 01-100-101

ALL RIGHTS RESERVED. No part of this work covered by the copyright herein may be reproduced, transmitted, stored, or used in any form or by any means graphic, electronic, or mechanical, including but not limited to photocopying, recording, scanning, digitizing, taping, Web distribution, information networks, or information storage and retrieval systems, except as permitted under Section 107 or 108 of the 1976 United States Copyright Act, without the prior written permission of the publisher.

For product information and technology assistance, contact us at **Cengage Learning Customer & Sales Support, 1-800-354-9706.**

For permission to use material from this text or product, submit all requests online at **www.cengage.com/permissions.**
Further permissions questions can be e-mailed to **permissionrequest@cengage.com.**

Library of Congress Control Number: 2015948206

Student Edition:
ISBN: 978-1-305-26372-7

Loose-leaf Edition:
ISBN: 978-1-305-85746-9

**Cengage Learning**
20 Channel Center Street
Boston, MA 02210
USA

Cengage Learning is a leading provider of customized learning solutions with employees residing in nearly 40 different countries and sales in more than 125 countries around the world. Find your local representative at **www.cengage.com.**

Cengage Learning products are represented in Canada by Nelson Education, Ltd.

To learn more about Cengage Learning Solutions, visit **www.cengage.com.**
Purchase any of our products at your local college store or at our preferred online store **www.cengagebrain.com.**